■ In the Matter of MARIANNE DE PASQUALE, Respondent, v JAMES DUMPSON, as Commissioner of the New York City Department of Social Services, Respondent, and STEPHEN BERGER, as Acting Commissioner of the New York State Department of Social Services, Appellant.—In a proceeding pursuant to CPLR article 78, *inter alia,* to compel the State and City Commissioners of Social Services to restore payments to petitioner's daughter for home health aid services, the State commissioner appeals from a judgment of the Supreme Court, Kings County, dated August 2, 1976, which, *inter alia,* granted the petition. Judgment affirmed, without costs or disbursements, upon the opinion of Mr. Justice Jones at Special Term. Shapiro, J. P., Hawkins, Suozzi and Mollen, JJ., concur. [87 Misc 2d 731.]

■ In the Matter of the Estate of CARRIE KOTCHER, Deceased. HARRY KOTCHER et al., Appellants; ADELE SANDERS et al., Respondents.—In a probate proceeding, the proponents appeal from an order of the Surrogate's Court, Nassau County, dated October 18, 1976, which denied their motion to compel the contestants to produce their income tax records for a period of three years before, and two years after, the date of the testatrix' death. Order affirmed, with costs to respondents payable personally by appellants, on the opinion of Surrogate Bennett. Rabin, J. P., Shapiro, Suozzi and O'Connor, JJ., concur.

■ In the Matter of JOHN F. LIGUORI, Petitioner, v DANIEL GUIDO, as Commissioner of Police of the County of Nassau, Respondent.—Proceeding pursuant to CPLR article 78 by a Nassau County police officer to review a determination of the Commissioner of Police which found him guilty of certain charges and specifications and fined him 30 days' pay. Determination confirmed and petition dismissed on the merits, with costs. We have sent for and examined the portions of the transcript of the hearing not originally furnished to us. They reveal that the petitioner affirmatively waived the 30-day suspension limit provided by statute. The fine was neither excessive nor disproportionate to the offense. Hopkins, J. P., Latham, Shapiro and Mollen, JJ., concur.